NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7027

JOHN D. MILLER,

Claimant-Appellant

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee

Appeal from the United States Court of Appeals for Veterans Claims in 06-0933, Judge Bruce E. Kasold.

ON MOTION

Before BRYSON, <u>Circuit Judge</u>.

<u>O R D E R</u>

The Secretary of Veterans Affairs moves without opposition for a 21-day extension of time, until July 13, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**JUN 2 9 2009**
_____
Date

cc: John D. Miller
Amanda L. Tantum, Esq.
s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

JUN 2 9 2009

JAN HORBALY
CLERK